LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SASHA LANKARANI (State Bar No. 234188)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE COMPANY and
ALLIED PROPERTY & CASUALTY INSURANCE
COMPANY

ORRIN LEIGH GROVER, ESQ.
Orrin L. Grover, P.C.
California State Bar No. 64153
416 Young Street
Woodburn, Oregon 97071
Telephone: (503) 981-5836

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL GREGORY & SHIRLEY GREGORY,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a Ohio corporation; ALLIED PROPERTY & CASUALTY INSURANCE COMPANY a Iowa corporation; and DOES I through X,<br><br>Defendants. | Case No.  2:10-CV-01872-FCD-EFB<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Complaint filed:    September 25, 2009<br>Trial date:              April 3, 2012 |

WHEREAS, a Pretrial Scheduling Order was filed in this matter on September 16, 2010;

WHEREAS, Defendants Nationwide Mutual Insurance Company and Allied Property &

Casualty Insurance Company ("Defendants") served their first sets of Interrogatories and Request

for Production of Documents on Plaintiffs Daryl and Shirley Gregory ("Plaintiffs") on September 15, 2010;

WHEREAS, Defendants served Plaintiffs with the Deposition Notice of Shirley Gregory and a Request for Production of Documents on September 15, 2010;

WHEREAS, Plaintiffs served responses to the aforementioned Interrogatories and Request for Production of Documents on October 25, 2010, with Amended Responses following thereafter on November 22, 2010;

WHEREAS, counsel for Plaintiffs requested that the deposition of Shirley Gregory, originally noticed for October 20, 2010, be re-scheduled due to a conflict;

WHEREAS, on October 15, 2010, counsel for Defendants offered additional dates in November for the deposition of Shirley Gregory but the parties were unable to agree on alternate dates;

WHEREAS, lead trial counsel for Defendants, Gary T. Lafayette, has been in two consecutive trials from January 2011 through May 2011;

WHEREAS, Charlie Y. Chou, the associate attorney handling this matter for Defendants, separated his employment from Lafayette & Kumagai, counsel of record for Defendants, in early March 2011;

WHEREAS, the deposition notices for Plaintiffs and eight other witnesses were served by Defendants on May 27, 2011, after Mr. Lafayette completed the second trial;

WHEREAS, the deposition notices for Eric Mogan, Muriel Hinsdale, John Bahme, Custodian of Records for both Allied Insurance and Nationwide Insurance, and the Person Most Knowledgeable for Nationwide Insurance and Allied Insurance were served by Plaintiffs on June 3, 2011;

WHEREAS, Plaintiffs' counsel requested rescheduling the deposition of Plaintiffs and Plaintiffs' and Defendants' counsel agreed that the depositions of Plaintiffs and other witnesses noticed by both parties needed to be rescheduled due to professional and/or personal conflicts;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and agreed to work cooperatively and diligently to reschedule the noticed depositions without waiving

objections to the deposition notices other than the discovery cut-off-date;

WHEREAS, the last day to complete non-expert discovery is presently set for June 17, 2011; the last day to disclose expert witnesses is presently set for July 8, 2011; the last day to disclose supplemental expert witnesses is presently set for July 29, 2011; and the close of expert discovery is presently set for August 29, 2011;

WHEREAS, the last day for dispositive motions is set for November 18, 2011, the pretrial conference is set for January 27, 2012 and the trial of this matter is set for April 3, 2012

WHEREAS, the Parties request modification of the September 16, 2010 Pretrial Scheduling Order to extend the cut-off dates for non-expert discovery, expert disclosure and discovery in order to properly prepare their cases for pre-trial motions and trial;

WHEREAS, the Parties are not requesting modification of the last date for dispositive motion, the pretrial conference or the trial date;

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN PLAINTIFFS AND DEFENDANTS by and through their respective counsel of record herein that:

1. Non-expert discovery cut-off shall be August 19, 2011;
2. The last day to disclose expert witnesses shall be September 9, 2011;
3. The last day to disclose supplemental expert witnesses shall be September 30, 2011;
4. Expert discovery cut-off shall be October 28, 2011; and
5. Objections to the deposition notices served on May 27, 2011 by Defendants and June 3, 2011 by Plaintiffs are preserved.

Dated: June 16, 2011                LAFAYETTE & KUMAGAI LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/ Sasha Lankarani
SASHA LANKARANI
Attorney for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY and ALLIED PROPERTY &
CASUALTY INSURANCE COMPANY

Dated: June 16, 2011                    ORRIN L. GROVER, P.C.

*/s/ Orrin Grover* As authorized on 6/16/11
ORRIN LEIGH GROVER
Attorney for Plaintiffs
DARYL & SHIRLEY GREGORY

## ORDER

The foregoing stipulation having been entered and good cause appearing therefor,

IT IS HEREBY ORDERED that:

The Pretrial Scheduling Order entered on September 16, 2011 shall be modified as follows:

    1.    Non-expert discovery cut-off shall be August 19, 2011;

    2.    The last day to disclose expert witnesses shall be September 9, 2011;

    3.    The last day to disclose supplemental expert witnesses shall be September 30, 2011; and

    4.    Expert discovery cut-off shall be October 28, 2011.

Further, objections to the deposition notices served on May 27, 2011 by Defendants and June 3, 2011 by Plaintiffs are preserved.

IT IS SO ORDERED.

DATED: June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE